JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ELISE BECKER (NYSBN 2540730)
Assistant United States Attorneys

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-6878
Facsimile: (415) 436-7234
Email: elise.becker@usdoj.gov

Attorneys for the Plaintiff

FILED

MAY - 7 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> JOSEPH BUDDENBERG, <br> MARYAM KHAJAVI, <br> NATHAN POPE, A/K/A NATHAN KNOERL, <br> ADRIANA STUMPO <br> Defendants. | CR 09-263 RMW <br><br> STIPULATION AND <br> (PROPOSED) ORDER <br> EXCLUDING TIME UNDER <br> THE SPEEDY TRIAL ACT |

The United States by and through its counsel, Assistant United States Attorney Elise Becker, defendant Joseph Buddenberg, by and through his attorney, Robert Bloom, defendant Maryam Khajavi, by and through her attorney J. Tony Serra, defendant Nathan Pope, by and through his attorney James Thompson, and defendant Adriana Stumpo, by and through her attorney Thomas Nolan, stipulated in open court on March 19, 2009, and the Court found that the time period between March 19, 2009 and April 13, 2009, should be excluded from the calculation of time in which the above captioned case must be tried under the Speedy Trial Act, 18 U.S.C. § 3161. The government needs time to prepare discovery material consisting of DVDs and numerous law

SPEEDY TRIAL ACT ORDER
CR 09-263 RMW

enforcement reports relating to several incidents, and defense counsel would then need time to review that material.

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between March 19, 2009 and April 13, 2009 would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). The Court further finds that the ends of justice served by excluding the time between March 19, 2009 and April 13, 2009 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between March 19, 2009 and April 13, 2009 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Dated: March 26, 2009

Respectfully submitted,

JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

/s/
_____
Elise Becker
Assistant United States Attorney

SO STIPULATED:

/s/
DATED: March 24, 2009
_____
Robert Bloom
Attorney for Joseph Buddenberg

/s/
DATED: March 26, 2009
_____
J. Tony Serra
Attorney for Maryam Khajavi

SPEEDY TRIAL ACT ORDER
CR 09-263 RMW

DATED: March 24, 2009

/s/
_____
James Thompson
Attorney for Nathan Pope

DATED: March 24, 2009

/s/
_____
Thomas Nolan
Attorney for Adriana Stumpo

SO ORDERED.

DATED: 5/7/09

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

SPEEDY TRIAL ACT ORDER
CR 09-263 RMW