1 | Thomas J. Nolan (SBN 48413)
2 | Emma Bradford (SBN 233256)
Nolan, Armstrong & Barton LLP
3 | 600 University Ave.
Palo Alto, CA 94301
4 | Tel. (650) 326-2980  Fax (650) 326-9704

*E-FILED - 6/4/09*

5 | Counsel for Defendant Adriana Stumpo

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| UNITED STATES, | Case No. CR 09-263 RMW |
|---|---|
| Plaintiff, | **STIPULATION AND []ORDER CONTINUING STATUS CONFERENCE AND HEARING ON MOTION TO DISMISS DATE OF JUNE 8, 2009 TO JULY 13, 2009, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| JOSEPH BUDDENBERG, MARYAM KHAJAVI, NATHAN POPE, A/K/A NATHAN KNOERL, ADRIANA STUMPO, | |
| Defendants. | |

Defendant, Joseph Buddenberg, by and through his attorney, Robert Bloom, defendant, Maryam Khajavi, by and through her attorney, J. Tony Serra, defendant, Nathan Pope, by and through his attorney, James M. Thompson, defendant, Adriana Stumpo, by and through her attorney, Thomas J. Nolan, and the United States by and through its counsel, Assistant United States Attorney, Elise Becker, hereby stipulate as follows:

**STIPULATION AND ORDER RE HEARING, EXCLUDING TIME**
*United States v. Buddenberg, CR 09-263RMW*
i

1. That the parties are currently scheduled to appear before this Court on June 8, 2009 at 9.00 a.m. for status hearing and hearing on defendants' motion to dismiss which was filed May 22, 2009.

2. That the government and defendants are requesting that the Court continue the appearance scheduled for June 8, 2009 to July 13, 2009, to allow time for the necessary briefing on the motion to dismiss with the following understanding regarding a briefing schedule; the government will file any opposition to the motion to dismiss by June 15, 2009 and defendants will file any reply to the opposition by June 29, 2009.

3. All parties are available on July 13, 2009 at 9.00 a.m. for status hearing and hearing on defendant's motion to dismiss.

4. That the time between June 8, 2009 and July 13, 2009 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(d), and agree that the failure to grant the requested continuance and exclude time would unreasonably deny counsel the reasonable time necessary for effective preparation.

5. That the ends of justice served by granting the requested continuance and exclusion of time outweigh the best interests of the public and the defendants in a speedy trial and in the prompt disposition of a criminal case.

6. Therefore, in the interests of judicial economy, the government and defense request a continuance of the June 8, 2009 hearing to July 13, 2009, at 9.00 a.m. and an exclusion of time under the Speedy Trial Act.

**STIPULATION AND ORDER RE HEARING, EXCLUDING TIME**
*United States v. Buddenberg, CR 09-263RMW*
ii

Dated: May 29, 2009                                       Respectfully submitted,


_____/s/_____
Robert Bloom
Attorney for Defendant, Joseph Buddenberg


_____/s/_____
J. Tony Serra
Attorney for Defendant, Maryam Khajavi


_____/s/_____
James M. Thompson
Attorney for Defendant, Nathan Pope


_____/s/_____
Thomas J. Nolan
Attorney for Defendant, Adriana Stumpo


_____/s/_____
Elise Becker
Assistant United States Attorney

**STIPULATION AND  ORDER RE HEARING, EXCLUDING TIME**
*United States v. Buddenberg, CR 09-263RMW*
iii

**ORDER**

Based upon the representation of counsel and for good cause shown, the Court finds that it is the interest of judicial economy that the June 8, 2009 status hearing and hearing on defendants' motion to dismiss in the above entitled matter be rescheduled to July 13, 2009 at 9.00 a.m., and that the time between June 8, 2009 and July 13, 2009 is excludable pursuant to 18 U.S.C. § 3161(h)(1)(D). The Court further finds that the ends of justice served by excluding the time between June 8, 2009 and July 13, 2009 from computation under the Speedy Trial Act outweigh the best interests of the public and defendants in a speedy trial. Therefore, IT IS HEREBY ORDERED that the June 8, 2009 status hearing and hearing on defendants' motion to dismiss in the above entitled matter be rescheduled to July 13, 2009 at 9.00 a.m., and that the time between June 8, 2009 and July 13, 2009 should be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(D) and (h)(7)(B)(iv).

Dated: 6/4/09

_Ronald M. Whyte_
RONALD WHYTE
UNITED STATES DISTRICT JUDGE