Thomas J. Nolan (SBN 48413)
Emma Bradford (SBN 233256)
Nolan, Armstrong & Barton LLP
600 University Ave.
Palo Alto, CA 94301
Tel. (650) 326-2980  Fax (650) 326-9704

Counsel for Defendant Adriana Stumpo

*E-FILED - 7/16/09*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH BUDDENBERG<br>MARYAM KHAJAVI<br>NATHAN POPE, A/K/A NATHAN KNOERL<br>ADRIANA STUMPO,<br><br>Defendant | Case No. CR 09-263 RMW<br><br>STIPULATION AND [PROPOSED] ORDER TO DECLARE CASE COMPLEX PURSUANT TO 18 U.S.C. § 3161(h)(7)(B)(ii). |

Defendant, Adriana Stumpo, by and through her attorney, Thomas J. Nolan, and the United States by and through its counsel, Assistant United States Attorney, Elise Becker, hereby stipulate to the following:

1. Ms. Stumpo is charged in Count 1 of the Indictment in the above-captioned matter with violating 18 U.S.C. § 371, *conspiracy* and in Count 2 with violating 18 U.S.C. § 43, *force, violence, and threats involving animal enterprises.*

2. Three other defendants are also charged in the Indictment, specifically, Joseph Buddenberg, Maryam Khajavi, and Nathan Pope, a/k/a Nathan Knoerl.

3. This case involves, in part, the defendants' alleged participation in a number of demonstrations at the homes of various University of California employees who were working in laboratories, operated by the University of California, in which experiments were being performed on animals.

4. The constitutionality of 18 U.S.C. § 43, the Animal Enterprise Terrorism Act (AETA), as amended from its predecessor, the Animal Enterprise Protection Act, has not yet been tested, and as such, Ms. Stumpo has preliminarily filed a motion to dismiss the indictment against her on the grounds that the statute is unconstitutional.

5. I am informed and believe that the litigation in this case will be both extended and time consuming because of the nature of the charges in this case and the novel questions of law which it presents under the AETA, the fact that it is a multiple defendant case, the fact that there is an alleged wide-ranging conspiracy which will involve multiple victims and witnesses, and the volume of material necessary to review.

6. Counsel therefore requests that this court declare the case extended and complex pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) because this case is so unusual and complex due to the number of defendants, the nature of the prosecution, and the existence of novel questions of law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section.

STIPULATION AND [PROPOSED] ORDER TO DECLARE CASE COMPLEX PURSUANT TO 18 USC § 3161(h)(7)(B)(ii)
*United States v. Buddenberg*, CR 09-263RMW

2

Date: June 19, 2009

Respectfully submitted,

/s/
Thomas J. Nolan
Attorney for Defendant, Adriana Stumpo

Respectfully submitted,

/s/
Elise Becker
Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER TO DECLARE CASE COMPLEX PURSUANT TO 18 USC § 3161(h)(7)(B)(ii)
*United States v. Buddenberg, CR 09-263RMW*

3

## ORDER

Based upon the face of the Indictment, the representation of counsel and for good cause shown, the Court hereby finds that the ends of justice served by excusing the time requirements of the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. In support of this finding the court has considered and concluded that the case taken as a whole is so unusual and complex due to the number of defendants, the nature of the prosecution, and the existence of novel questions of law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section. 18 U.S.C. § 3161(h)(7)(B)(ii).

Dated: 7/16/09

*Ronald M. Whyte*
RONALD WHYTE
UNITED STATES DISTRICT JUDGE