```
 1  J. TONY SERRA #32639
    OMAR FIGUEROA #196650
 2  KALI S. GRECH #238461                      *E-Filed 9/28/09*
    506 Broadway
 3  San Francisco CA 94133
    Telephone: 415/986-5591
 4
    Attorneys for Defendant
 5  MARYAM KHAJAVI

 6

 7

 8                    UNITED STATES DISTRICT COURT

 9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11  UNITED STATES OF AMERICA,        CR 09-263 RMW

12          Plaintiff,                STIPULATION AND [PROPOSED]
                                      ORDER TO CONTINUE HEARING ON
13       v.                           GOVERNMENT'S MOTION FOR AN
                                      ORDER TO PRODUCE HANDWRITING
14  MARYAM KHAJAVI, et al.            EXEMPLARS AS AMENDED BY THE COURT
                                      Date: October 2, 2009
15          Defendants.               Time: 9:30 a.m.
    _____/         Magistrate Judge Seeborg
16
```

17     THE PARTIES HEREBY STIPULATE AND AGREE that the hearing on
18 the government's motion for an order to produce handwriting
19 exemplars, now scheduled for October 2, 2009, shall be continued
20 to 9:30 a.m. on ~~November 6, 2009.~~ **November 13, 2009**.

21     THE PARTIES FURTHER STIPULATE that defendants' opposi-
22 tion(s) will be due on October 16, 2009, and that the
23 government's response will be due on October 30, 2009.

24     IT IS FURTHER AGREED that if any defendant decides to
25 submit on the papers filed, their presence at the hearing will
26 be waived.

27     The parties stipulate that the time period from the date of
28 the filing of this stipulation to November 6, 2009, is deemed

excludable pursuant to 18 U.S.C. sections 3161(h)(1)(D), (h)(7)(A) and (B)(ii).

Dated:  September 25, 2009

/s/ ELISE BECKER
ELISE BECKER
Assistant U.S. Attorney

/s/ J. TONY SERRA
J. TONY SERRA
Attorney for MARYAM KHAJAVI

/s/ ROBERT BLOOM
ROBERT BLOOM
Attorney for JOSEPH BUDDENBERG

/s/ JAMES M. THOMPSON
JAMES M. THOMPSON
Attorney for NATHAN POPE

/s/ THOMAS J. NOLAN
THOMAS J. NOLAN
Attorney for ADRIANA STUMPO

**IT IS SO ORDERED.**

Dated:

RONALD WHITE, Judge
United States District Court

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331