Thomas J. Nolan (SBN 48413)
Emma Bradford (SBN 233256)
Nolan, Armstrong & Barton LLP
600 University Ave.
Palo Alto, CA 94301
Tel. (650) 326-2980  Fax (650) 326-9704

*E-FILED - 10/20/09*

Counsel for Defendant Adriana Stumpo

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>  Plaintiff,<br><br>  v.<br><br>JOSEPH BUDDENBERG,<br>MARYAM KHAJAVI,<br>NATHAN POPE, A/K/A NATHAN KNOERL,<br>ADRIANA STUMPO,<br><br>  Defendants. | Case No. CR 09-263 RMW<br><br>STIPULATION AND XXXXXXX ORDER CONTINUING STATUS CONFERENCE DATE OF SEPTEMBER 14, 2009 TO NOVEMBER 2, 2009, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

Defendant, Joseph Buddenberg, by and through his attorney, Robert Bloom, defendant, Maryam Khajavi, by and through her attorney, J. Tony Serra, defendant, Nathan Pope, by and through his attorney, James M. Thompson, defendant, Adriana Stumpo, by and through her attorney, Thomas J. Nolan, and the United States by and through its counsel, Assistant United States Attorney, Elise Becker, hereby stipulate as follows:

1.  That the parties are currently scheduled to appear before this Court on September 14, 2009 at 9.00 a.m. for status hearing.

---

STIPULATION AND XXXXXX ORDER RE HEARING, EXCLUDING TIME
*United States v. Buddenberg,* CR 09-263RMW

i

2.      That the government and defendants are requesting that the Court continue the appearance scheduled for September 14, 2009 to November 2, 2009, to allow time for the government to continue obtaining and providing discovery, and for the defendants and their attorneys to review discovery.

3.      All parties are available on November 2, 2009 at 9.00 a.m. for status hearing.

4.      This court has previously declared this case extended and complex pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) and as such the time between September 14, 2009 and November 2, 2009 is excludable.

5.      Therefore, in the interests of judicial economy, the government and defense request a continuance of the September 14, 2009 hearing to November 2, 2009, at 9.00 a.m. and an exclusion of time under the Speedy Trial Act.

Dated: September 10, 2009                              Respectfully submitted,

/s/
Robert Bloom
Attorney for Defendant, Joseph Buddenberg

/s/
J. Tony Serra
Attorney for Defendant, Maryam Khajavi

/s/
James M. Thompson
Attorney for Defendant, Nathan Pope

/s/
Thomas J. Nolan
Attorney for Defendant, Adriana Stumpo

/s/
Elise Becker
Assistant United States Attorney

STIPULATION AND [xxxxxxx] ORDER RE HEARING, EXCLUDING TIME
*United States v. Buddenberg*, CR 09-263RMW

ii

## ORDER

Based upon the representation of counsel and for good cause shown, the Court finds that it is the interest of judicial economy that the September 14, 2009 status hearing in the above entitled matter be rescheduled to November 2, 2009 at 9.00 a.m., and that the time between September 14, 2009 and November 2, 2009 is excludable in that this court has previously declared this case extended and complex pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii).

Therefore, IT IS HEREBY ORDERED that the September 14, 2009 status hearing in the above entitled matter be rescheduled to November 2, 2009 at 9.00 a.m.

Dated: 10/20/09

*Ronald M. Whyte*
RONALD WHYTE
UNITED STATES DISTRICT JUDGE

STIPULATION AND XXXXXXXXX ORDER RE HEARING, EXCLUDING TIME
*United States v. Buddenberg, CR 09-263RMW*
iii