JAMES McNAIR THOMPSON
SBN 67807
LAW OFFICES OF JAMES McNAIR THOMPSON
PO BOX 636
LOS GATOS CA 95031
(408) 358-6047

FILED

NOV - 5 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH BUDDENBERG et al,<br><br>Defendants | Case No.: CR 09-263 RMW<br><br>STIPULATION AND [PROPOSED]<br>ORDER EXCUSING DEFENDANTS'<br>ATTENDANCE AT HEARING ON<br>MOTION |

Date: November 13, 2009
Time: 9:30 a.m.
Hon. Richard Seeborg, Magistrate Judge

This matter is on for hearing on the Government's Motion For An Order To Produce Handwriting Exemplars before Magistrate Judge Seeborg on November 13, 2009 at 9:30 a.m.

The parties have met and conferred, and agree that no evidence will be adduced at the hearing on the motion, and that it will be argued and submitted without evidence; on that basis, the parties stipulate that the defendants need not be present for the hearing.

Dated: November 4, 2009
/s/ ELISE BECKER

Stipulation & [Proposed] Order re Defendants' Attendance 11/13/09                    Page 1

```
 1  ELISE BECKER
    Assistant U.S. Attorney
 2

 3

 4  /s/ J. TONY SERRA
    J. TONY SERRA
 5  Attorney for MARYAM KHAJAVI

 6  /s/ ROBERT BLOOM
    ROBERT BLOOM
 7  Attorney for JOSEPH BUDDENBERG

 8  /s/ JAMES McNAIR THOMPSON
    JAMES McNAIR THOMPSON
 9  Attorney for NATHAN POPE

10  /s/ THOMAS J. NOLAN
    THOMAS J. NOLAN
11  Attorney for ADRIANA STUMPO

12  Dated:
13
        **GOOD CAUSE THEREFORE APPEARING**, the defendants are excused
14
    from appearing at the argument of the Government's Motion on
15
    November 13, 2009.
16

17                              ~~RICHARD SEEBORG~~  Howard R. Lloyd
18                              Magistrate Judge
                                United States District Court
19
```