*E-Filed 11/13/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>JOSEPH BUDDENBERG; MARYAM KHAJAVI; NATHAN POPE; and ADRIANA STUMPO,<br><br>　　　　　Defendants.<br>_____/ | No. CR 09-00263 RMW (RS)<br><br>**ORDER GRANTING GOVERNMENT'S MOTION TO COMPEL PRODUCTION OF HANDWRITING EXEMPLARS** |

The Government has moved to compel defendants Joseph Buddenberg, Maryam Khajavi, Nathan Pope, and Adriana Stumpo to produce handwriting exemplars. The motion was heard in this Court on November 13, 2009.

The United States Supreme Court has ruled conclusively that compulsory production of handwriting exemplars constitutes neither a search nor seizure under the Fourth Amendment. *United States v. Euge*, 444 U.S. 707, 718 (1980). Nor does such production implicate Fifth Amendment concerns, inasmuch as handwriting exemplars are considered non-testimonial and do not violate the privilege against self-incrimination. *Schmerber v. California*, 384 U.S. 757, 764 (1966). Defendants have produced no arguments to contravene this settled authority. Moreover, such constitutional concerns are not implicated by defendants' premature *Daubert* challenges to the

1

validity of the scientific processes involved in comparing a suspect's handwriting exemplars with handwritten evidence. The question of whether such science can satisfy *Daubert* standards is not before the Court at this juncture. *See Daubert v. Merrill Dow Pharmaceuticals, Inc.*, 509 U.S. 579, 594 (1993) (describing factors for weighing the admissiblity of scientific evidence).

For these reasons, the government's motion to compel is granted. The government, in consultation with defense counsel, is directed to file a proposed order setting forth the protocol to be followed in obtaining the requested handwriting exemplars.

IT IS SO ORDERED.

Dated: 11/13/09

_____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE