JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

*E-Filed 11/19/09*

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ELISE BECKER (NYSBN 2540730)
GRANT P. FONDO (CABN 181530)
Assistant United States Attorneys

   450 Golden Gate Avenue
   San Francisco, CA 94102
   Telephone: (415) 436-7200
   Facsimile:  (415) 436-7234
   EMails: elise.becker@usdoj.gov
          grant.fondo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-09-00263 RMW |
| | ) | |
| Plaintiff, | ) | ~~[PROPOSED]~~ ORDER REGARDING |
| | ) | PROTOCOL FOR HANDWRITING |
| | ) | EXEMPLARS |
| v. | ) | |
| | ) | |
| JOSEPH BUDDENBERG, | ) | |
| MARYAM KHAJAVI, | ) | |
| NATHAN POPE, A/K/A | ) | |
|    NATHAN KNOERL, | ) | |
| ADRIANA STUMPO | ) | |
|    Defendant. | ) | |

The Court, having granted the government's motion to compel the defendants Joseph Buddenberg, Maryam Khajavi, Nathan Pope and Adriana Stumpo to provide handwriting exemplars, and after considering the papers submitted by the parties, oral argument and agreement by the parties, and for good cause shown, the Court HEREBY ORDERS that each defendant, within 30 days of the entry of this order, shall provide true and genuine handwriting exemplars to agents of the Federal Bureau of Investigation ("FBI") or other law enforcement

U.S. v. BUDDENBERG, ET
AL. 09-00263 RMW, ~~[PROPOSED]~~ ORDER RE
PROTOCOL FOR EXEMPLARS

1  personnel assisting in this case, at the FBI's Campbell or Oakland, California office or otherwise
2  mutually agreeable FBI office in Southern California, and are to comply with the procedures
3  employed to gather the exemplars, including but not limited to writing in their own hands:
4  (i) specific numbers, letters, words, sentences, and paragraphs; (ii) duplicates of documents; and
5  (iii) entries onto forms.  The government withdrew, without prejudice, its request for oral
6  dictation, therefore, the scope of this order does not include oral dictation.  Counsel for the
7  defendant or a licensed private investigator shall be allowed, but not required, to be present
8  during the taking of the exemplars.

9  IT IS SO ORDERED.

10 DATED:  11/19/09

11                                                    ~~HONORABLE RONALD M. WHYTE~~
12                                                    ~~UNITED STATES DISTRICT JUDGE~~

13                                                    RICHARD SEEBORG
                                                      United States Magistrate Judge

U.S. v. BUDDENBERG, ET
AL. 09-00263 RMW, ~~[PROPOSED]~~ ORDER RE
PROTOCOL FOR EXEMPLARS          2