1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  ELISE BECKER (NYSBN 2540730)
   GRANT FONDO (CSBN 181530)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue
       San Francisco, California  94102          *E-FILED - 3/25/10*
7      Telephone: (415) 436-6878
       Facsimile: (415) 436-7234
8      Email: elise.becker@usdoj.gov

9  Attorneys for the Plaintiff

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                         SAN JOSE DIVISION
13

14
   UNITED STATES OF AMERICA          )    CR 09-00263 RMW
15                                   )
          Plaintiff,                 )    STIPULATION AND
16                                   )    ( ) ORDER RE STATUS
      v.                             )    HEARING
17                                   )
   JOSEPH BUDDENBERG,                )
18 MARYAM KHAJAVI,                   )
   NATHAN POPE, A/K/A NATHAN KNOERL, )
19 ADRIANA STUMPO                    )
                                     )
20        Defendants.                )
                                     )
21

22     The United States by and through its counsel, Assistant United States Attorney Elise Becker,

23 defendant Joseph Buddenberg, by and through his attorney, Robert Bloom, defendant Maryam

24 Khajavi, by and through her attorney J. Tony Serra, defendant Nathan Pope, by and through his

25 attorney James Thompson, and defendant Adriana Stumpo, by and through her attorney Thomas

26 Nolan, stipulate that the parties' March 29, 2010 status hearing be rescheduled to April 5, 2010

27 to accommodate the schedules of counsel.

28

   STIPULATION
   CR 09-263 RMW

1 | Based upon the representation of counsel and for good cause shown, the Court finds that
2 | the parties' March 29, 2010 status hearing shall be rescheduled to April 5, 2010 at 9:a.m.
3 | Therefore, IT IS HEREBY ORDERED that the parties' March 29, 2010 status hearing is
4 | rescheduled to April 5, 2010 at 9:a.m.

6 | Dated: March 23, 2010                    Respectfully submitted,

7 |                                          JOSEPH P. RUSSONIELLO
   |                                          UNITED STATES ATTORNEY

8 |                                                    /s/
9 |                                          _____
   |                                          Grant Fondo
10|                                          Assistant United States Attorney

11| SO STIPULATED:
12|

14| DATED: March 23, 2010                              /s/
   |                                          _____
   |                                          Robert Bloom
15|                                          Attorney for Joseph Buddenberg

19| DATED: March 23, 2010                              /s/
   |                                          _____
   |                                          J. Tony Serra
20|                                          Attorney for Maryam Khajavi

24| DATED: March 23, 2010                              /s/
   |                                          _____
   |                                          James Thompson
25|                                          Attorney for Nathan Pope

26| ///
27| ///
28| ///

STIPULATION
CR 09-263 RMW

1 | DATED: March 23, 2010

/s/
_____
Thomas Nolan
Attorney for Adriana Stumpo

SO ORDERED.

DATED: 3/25/10

*Ronald M. Whyte*
_____
RONALD M. WHYTE
UNITED STATES ========== JUDGE

STIPULATION
CR 09-263 RMW