1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  ELISE BECKER (NYSBN 2540730)
   GRANT FONDO (CSBN 181530)
5  Assistant United States Attorneys          *E-FILED - 1/25/11*

6     450 Golden Gate Avenue
      San Francisco, California 94102
7     Telephone: (415) 436-6878
      Facsimile: (415) 436-7234
8     Email: elise.becker@usdoj.gov

9  Attorneys for the Plaintiff

10                    UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                          SAN JOSE DIVISION

13

14
   UNITED STATES OF AMERICA        )     CR 09-263 RMW
15                                 )
          Plaintiff,               )     STIPULATION AND
16                                 )     (PROPOSED) ORDER RE
          v.                       )     RETURN OF SECURITY,
17                                 )     PASSPORT
   JOSEPH BUDDENBERG,              )
18 MARYAM KHAJAVI,                 )
   NATHAN POPE, A/K/A NATHAN KNOERL, )
19 ADRIANA STUMPO                  )
                                   )
20        Defendants.              )
                                   )
21 _____)

22        The United States by and through its counsel, Assistant United States Attorneys Elise Becker

23 and Grant Fondo, defendant Joseph Buddenberg, by and through his attorney, Robert Bloom,

24 defendant Maryam Khajavi, by and through her attorney J. Tony Serra, defendant Nathan Pope,

25 by and through his attorney James Thompson, and defendant Adriana Stumpo, by and through

26 her attorney Thomas Nolan, stipulate that given the Court's dismissal of the indictment in this

27

28

   STIPULATION
   CR 09-263 RMW

1  matter, without prejudice, the parties' agree and stipulate that any security posted by defendants

2  or on their behalf be released, and that defendants' passports be returned.

3

4  Dated: ~~December~~ ___, ~~2010~~   January 5, 2011          Respectfully submitted,

5                                       MELINDA HAAG
                                        UNITED STATES ATTORNEY
6

7                                       /s/

8                                       Grant Fondo
                                        Assistant United States Attorney

9  SO STIPULATED:

10

11 DATED: ___1/5___, ~~2010~~ 2011     /s/  Robert Bloom  w/permission JTF
                                        Robert Bloom
12                                      Attorney for Joseph Buddenberg

13

14

15 DATED: __12/19/10__, 2010           /s/  Tony Serra
                                        J. Tony Serra
16                                      Attorney for Maryam Khajavi

17

18

19 DATED: __1/5__, ~~2010~~ 2011       /s/  James Thompson  w/permission GDF
                                        James Thompson
20                                      Attorney for Nathan Pope

21

22

23 DATED: __1/5/2011__, ~~2010~~       /s/  Thomas Nolan  w/permission GDF
                                        Thomas Nolan
24                                      Attorney for Adriana Stumpo

25 ///

26 ///

27 ///

28

STIPULATION, ORDER
CR 09-263 RMW

**ORDER**

Based upon the representation of counsel and for good cause shown, the Court HEREBY

ORDERS that any security placed by defendants or on their behalf in the above-entitled matter be

released, and that defendants' passports be released back to defendants.

DATED:  1/25/11

*Ronald M. Whyte*

RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

STIPULATION, ORDER
CR 09-263 RMW